UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THERESA NELSON, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : CASE NO. 1:17-CV-02993-RLY-MPB |
| v. | : |
| | : |
| FULL CIRCLE FINANCIAL | : JURY TRIAL DEMANDED |
| SERVICES, LLC | : |
| | : |
| Defendant | : |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Full Circle Financial Services, LLC, pursuant to Fed. R. Civ. P. 7.1 states as follows:

Defendant Full Circle Financial Services, LLC, is a registered limited liability company organized under the laws of the State of Florida. It is a privately held company. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:  */s/ Manuel H. Newburger*
MANUEL H. NEWBURGER, ESQUIRE
7320 N. MoPac Expy., Suite 400
Austin, TX 78731
(512) 649-4022
mnewburger@bn-lawyers.com
Attorney for Defendant

Dated: September 26, 2017

**CERTIFICATE OF SERVICE**

I certify that on this day I served a copy of the foregoing document on all counsel of record via CM/ECF.

                        **BARRON & NEWBURGER, P.C.**

By: */s/ Manuel H. Newburger*
MANUEL H. NEWBURGER, ESQUIRE
7320 N. MoPac Expy., Suite 400
Austin, TX 78731
(512) 649-4022
mnewburger@bn-lawyers.com
Attorney for Defendant

Dated:  September 26, 2017